EXHIBIT "A"

**American Dream Builders of Southwest Florida, Inc**
1813 Collier Avenue
Fort Myers, Florida 33901
Phone: 239-284-7583
E-mail: david@adbfl.com

$112,750 in Allowances

# CONSTRUCTION AGREEMENT

**DATE:**                     March 17, 2022

**CONTRACTOR:**        <u>American Dream Builders of Southwest Florida, Inc.</u>
<u>1813 Collier Avenue</u>
<u>Fort Myers, Florida 33901</u>
<u>Telephone: (239) 800-2803</u>
<u>State Certified General Contractor, License # CGC021667</u>
<u>State Certified Roofing Contractor, License # CCC042797</u>
<u>State Certified Mechanical Contractor, License # CMC025357</u>
<u>State Certified Pollutant Storage Systems Contractor,</u>
<u>License # PCC049604</u>
<u>State Certified Home Inspector, License # HI5963</u>
**Hereafter designated as Contractor.**

**OWNER(S):**           **George Yiachos and Areta Elizabeth Brattis**
2329 Longboat Drive
Naples, FL 34104
CELLULAR TELEPHONE: 917-821-4000
E-mail: aebrattis@yahoo.com
**Hereafter designated as Owner(s).**

**JOB DESCRIPTION:**  Demolition of an existing house located at the location below and Construction of a new residential structure at the location below and belonging to the Owner(s) in fee simple according to the plans, specifications, and other contractual documents acknowledged in writing by Contractor and Owner(s).

**BUILDING SITE:**                                **Legal Description:**
        2329 Longboat Drive                              COCONUT RIVER UNIT 1, PAR 9
        Naples, Florida 34104                            DESC AS FOLL, COMM N1/4 CNR
                                                         SEC 35, W 332.67FT TO POB, S
                                                         120FT, E 90.59FT, N N 120FT, W
                                                         90.59FT TO POB OR 2014 PG 1509

**CONSTRUCTION AGREEMENT AMOUNT:** ($ 815,000.00)

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

Page 1

**PAYMENT SCHEDULE:** Payments to the Contractor shall be made as follows:

House Package - Contract Amount ($ 815,000.00)

| DRAW | % | AMOUNT | WORK COMPLETED |
|---|---|---|---|
| Deposit | 5% | $ 40,750.00 | Binder Deposit. (Due at signing of contract) |
| #1 | 10% | $ 81,500.00 | Due when existing house is Demolished. |
| #2 | 20% | $163,000.00 | Due when Permit is ready. |
| #3 | 15% | $122,250.00 | Due when slab is poured. |
| #4 | 15% | $122,250.00 | Due when roof decking is Completed. |
| #5 | 10% | $ 81,500.00 | Due when rough mechanicals are installed. |
| #6 | 10% | $ 81,500.00 | Due when drywall, stucco or siding complete. |
| #7 | 10% | $ 81,500.00 | Due when cabinets, interior doors and trim installed. |
| #8 | 4% | $ 32,600.00 | Due when work is complete per plans, specifications, & C.O. is in process |
| #9 | 1% | $ 8,150.00 | Due when C.O. is issued |
| | 100% | $815,000.00 | |

**CASH/ FINANCING:** The Owner(s) agree to supply all funds necessary to complete this Construction Agreement by means of cash or other funding source, in the amount set forth above in the preceding manner.

## SPECIFICATIONS

**PLANS/BLUEPRINTS:** The Contractor and the Owner(s) will work together and with others to have a complete set of plans drawn. These plans/blueprints will be based on the Customer's Lot Dimensions, Front Elevation Photo, Garage Level (1st floor) and Main (living) floorplan drawn by David Allgood for the Owner(s), the Specification Sheet, and this Construction Agreement. All plans needed, alterations, or corrections required by the Building Department will be supplied by the Contractor. Contractor and Owner shall sign a copy of the final set of plans before it is to be submitted to Collier County Building Department for the work to be performed by Contractor under this Agreement (the "Final Plans"). These signed plans shall become the "approved" Final Plans and these Final Plans shall become part of the Contract Documents. The "Contract Documents" shall be defined as and consist of this Agreement, Specification Document, and Final Plans (the "Contract Documents"). Before any work has commenced, before any permits have been applied for, and before any demolition has been started, the Final Plans shall be signed, and any Construction Agreement price increase or decrease shall be updated and signed by both the Contractor and the Owner(s). If Owner(s) and Contractor fail to reach agreement on the Final Plans during the Plan Development Period, as determined in Owner's sole discretion, then Owner(s) may terminate this Agreement by providing written notice to Contractor within ten (10) days after expiration of the Plan Development Period. It is understood by the Contractor and the Owner(s) that because some items have not yet to be decided and may change during this Plan Development period this Construction could go up or down in price and will be fixed at the end of this Plan Development period.

If Owner terminates this Agreement as specified in this paragraph, then Contractor shall immediately release to the Owner(s) all stamped and final engineered plans to the Owner(s), (Contractor may retain a copy at their expense). The Owner(s) agree to pay the actual cost of the Final Plans and engineering fees. If the Owner terminates this Agreement as mentioned herein. The remaining Balance of the Binder Deposit shall be split 50/50. ~~The Contractor shall keep 50% of the Binder Deposit for their time and expertise and the Contractor agrees to return 50% of the Binder Deposit paid by Owner less the actual cost of the Final Plans and Engineering fees.~~

**DEMOLITION:** The Contractor will take legal possession of the existing home and the outbuilding or storage building on the left-hand side of the home. The Contractor shall supply all labor, supply all equipment, and supply all necessary permits to demolish the existing home and the outbuilding upon the signing of this Construction Agreement. All materials, fixtures, cabinets, electrical scrap, HVAC Equipment, plumbing materials, scrape metal, doors, windows, trees, sod, pavers, roofing tiles, and/or any other materials that are a part of or inside or outside of this home will become the property of the Contractor. The Contractor shall dispose in any legal method they so choose. This includes, selling, giving away, trading, keeping, and/or disposing of via a land fill or other method of disposal. Any personal property or other items owned by the Owner will need to be removed to another location within two weeks from the signing of this Construction Agreement. Some vegetation / trees/ shrubs may remain on site out of the way and agreed to in advance.

**LOT PREPARATION:** Shall be defined as all labor, equipment, and materials required to clear the building site, fill the site to the proper elevation, tree barricading (if required), grading and compacting the fill dirt, compaction testing, and final grading. Also included is fill dirt required to prepare for the drive and sod. The total cost of lot preparation as described is included in the contract amount.

*Note: The following items are standard and will be included unless otherwise noted or amended by separate agreement. Upgraded and/or optional items listed above on page 2, page 3, and page 4 (if applicable) of this agreement and agreed to in writing on the Specification Sheet or agreed to by the Contractor and the Owner(s) on a Change Order, if any, shall supersede any conflicting standard items listed below*

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

**FOUNDATION:** Foundation shall conform to specs in plans. Note: In order to meet final grade side slope requirements, it may be necessary to use stem wall construction or pour a deeper footing so that the grade may be lowered.

**INTERIOR:** 2" X 4" steel frame walls 16" o.c., 1/2" drywall on ceilings with knockdown finish, 1/2" drywall on walls with knockdown finish, latex flat finish paint (one color), interior doors will be raised 6 panel 8 ft. hardboard hollow core doors (except: doors to the bathrooms are to be similar 6 panel solidcore doors) with Kwikset antique brass Dorian style lever locksets, bifold doors, pocket doors, or sliding doors where indicated on plans, painted colonial door trim and baseboard, no crown molding included, marble window sills, ventilated closet shelving. The following rooms shall have one level tray ceilings: Master bedroom, dining room, study, and living room. Note: All Steel Construction Shall be Code approved and Engineered by a Licensed Florida Engineer. *[handwritten: Cost of Elevator is included in proposal]*

**WALL TILE:** All wall tile in bathrooms (showers, etc), kitchen (back splash, etc), and any other areas are custom and customers choice. Therefore, all wall tiles Shall have an allowance of $3,750.00 for all materials and labor. *[handwritten: 3,75]*

**EXTERIOR:** Steel Frame wall construction per plans, engineered steel trusses 24" o.c., 5/8" exterior grade sheathing/roof decking with code approved Stick down membrane, Flat concrete tile roof roofing (similar to the job typical front elevation photo, contractor shall supply options for the Owner to choose from), Roof vents (as needed), code approved aluminum fascia and vented soffit. Rain Gutters are recommended, but No rain gutters are included in this agreement. Exterior walls are to be knockdown Cementitious coating (AKA. Stucco) finish with Cementitious coating (AKA stucco) bands, similar to the job typical front elevation, Fypon type trim, similar to the job typical front elevation photo, with Latex paint, Impact-Resistant windows per plans, all sliding glass doors and French doors per plans (Note: all windows, all exterior doors including all sliding glass doors all French doors, and all overhead/garage doors shall have an allowance of $42,000.00), Kwikset Jamaica #660 single cylinder handle set on entry door and Kwikset antique brass Dorian style lever locksets with single cylinder dead bolts on other exterior metal doors, Two garage overhead doors shall be 8' x 9' code approved metal overhead doors with electric garage door openers included. Contractor approved paver walks and paver driveway per plans. Note: All Steel Construction Shall be Code approved and Engineered by a Licensed Florida Engineer. A well water sprinkler shall be installed on the property using the existing well and well pump, (there Shall be an allowance of $2,500.00 for this sprinkler system). *[handwritten: 4200, 2500]*

**Cabinets:** Kitchen and wet bar cabinets, baths vanities, and kitchen cabinet tops and vanity tops are custom and are to be picked by the Owner(s). Because these items are very personal preferences the Contractor Shall allow a $15,000.00 allowance for these items. *[handwritten: 1500]*

**FLOORING:** The Owner(s) have stated that they wish specific and varied floors throughout the house. Therefore, the Contractor Shall allow an allowance of $16,000.00 for all flooring materials and installation labor. Brand, type, and style have not yet been determined. Different areas of the house may have different flooring types. Lower Lever/Garage area shall be bare unfinished concrete slab, if these areas are covered, they are part of the flooring allowance. Bare concrete left unfinished, such as garage and entry floors, will be hosed down and material scraped off the surface during the final cleaning stage, but may have spots, stains, and discoloration remaining from drywall texture, paint, stucco, and other materials. All flooring type(s) and style(s) shall be up to the owner(s) any overage above allowance of flooring supplied and/or installed shall be the responsibility of the owner(s). *[handwritten: 1600]*

**Propane Gas System:** Propane gas piping and a 250-gallon inground tank is included in this Construction Agreement. This will also include gas piping for outdoor kitchen, cooktop in kitchen, Whole House Generator, and water heater (if water heater is gas). The Propane Gas tank will be filled one time by the Contractor at or about CO time. This Propane Gas System shall have an allowance of $4,000.00 for all materials and labor. *[handwritten: 400]*

**Backup Generator:** Contractor shall supply and install one approximate 20 KW Whole House Generator (similar to Kohler 20RESCL/200SELS 20kw Generator) with an automatic 200-amp Transfer Switch. This Backup Generator shall have an allowance of $16,000.00 for all materials and labor. *[handwritten: 16,0]*

**APPLIANCES:** This includes Washer, Dryer, Refrigerator, Dishwasher, Garbage Disposal, Vent Hood, Oven, Cook Top/Range, and any other appliance not specifically included in the Plumbing, Electrical, and HVACR sections of this contract are included but since they have not yet been specified by the Owner there Shall be an allowance of $5,000.00. This allowance shall include all appliances and appliance installation labor. *[handwritten: 5,000]*

**PLUMBING:** CPVC (Chlorinated Polyvinyl Chloride) water lines below grade and above grade, schedule 40 pvc waste and vent system. All plumbing fixtures, (ie: water heater, tubs, showers, laundry tub/sink, all bath sinks and faucets, the kitchen sink and faucet, and toilets) shall have an allowance of $4,500.00. Recessed ice maker line outlet box, recessed washer outlet box, three (3) - exterior rough brass hose bibs are included. No plumbing included for swimming pool. *[handwritten: 450]*

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

*[handwritten: 108,750]*

**ELECTRICAL:** 200-amp underground service, circuit breaker box located in lower level/garage, (unless placement of breaker box and/or meter socket in other location is required due to jobsite conditions), 6 TV outlets (each provided as home runs and jacks not included), 3 phone outlets including jacks wired with cat. 3 wire, 3 computer/network cat. 5 wires supplied (jacks not included), switched fan outlets per plans, decora type switches and receptacles, quantity and location per code (Typically, exterior GFCI receptacles - 1 rear, 1 front, 1 side, 1 lanai; interior GFCI receptacles - 1 garage, 1 by each sink in baths, in kitchens - located and spaced as required by code, 1 in laundry room; non - GFCI receptacles - 1 -1/2 switched in each bedroom, living and family room, others located and spaced as per code requirements), AFCI where required by code, tamper proof receptacles where required by code. Wiring for water heater, dishwasher, range hood, range *, and dryer * (* due to code changes, a 4-prong pig tail plug is now required and may not be compatible with existing appliances), door chime, pre-wire for overhead door opener, smoke detectors as required, and lighting fixtures per plans. Allowance for all light fixtures, recesses cans and trims, bath exhaust/fans, bath exhaust fan/lights, ceiling fans, and bulbs is $4,000.00. This allowance is included in the contract amount. Light fixture installation is included in this contract price and is based on builder line fixtures. Fixtures and ceiling fans requiring additional installation time (more than 15 minutes per fixture) will be billed to the Owner(s) at $85.00 per hour. No electrical included for swimming pool.
NOTE: Electrical layouts included with construction plans are for permitting purposes and may not reflect the actual quantity or location of outlets. Due to changing codes, plans may not reflect the required outlets to meet current codes.

**HEAT & AIR:** Two condensing units, two air handlers, with electric strip heating, 16 SEER high efficiency air conditioning, insulated flex duct, 1 centrally located thermostat, white aluminum grilles, one central return inlet (return air) and one central return inlet in each bedroom. One-year full parts and labor, five-year compressor, and condenser coil warranty. Actual size of system is determined by energy calculations prepared prior to permitting and may vary to size indicated above. To meet Energy Calculation requirements, additional insulation, ceiling fans, or a higher efficiency unit(s) or even switching to Heap-pump equipment may be required and if required they are included for no additional charge to the Owner(s).

**SWIMMING POOL AND POOL CAGE:** There is not a swimming pool, nor a swimming pool cage included in this Construction Agreement.

**INSULATION:** R-15 Rockwool type batts in 2" X 4" steel frame exterior walls on the garage level and the main floor level, R-15 Rockwool type batts in the floor between the garage level and main level. R-30 batts in ceilings/attic above main floor living area.

**SURVEY:** Lot boundary survey, including four corner location, and a slab elevation survey is included. Foundation and final survey if required by Lender or requested by Owner(s) is not included.

**SANITATION:** Sewer tap and installation is included in the contract amount.

**POTABLE WATER:** Meter installation, including meter installation fees and connection line from house to the meter is included in the contract amount.

**LANDSCAPING:** Bahia sod is included for the entire lot. Other landscaping including that which may be required by deed restrictions or county ordinance requirements such as tree survey, permit fees, and planting of native trees, if applicable, is included by this Construction Agreement.

**MISCELLANEOUS:** Building permits, water usage during construction, and interior and exterior clean-up is included.
Note: Basic home prices are based on current building codes. Costs for new or revised codes applied after the construction agreement date are not included. Costs for all turnkey items such as lot prep, impact fees, utility fees, wells, and septic systems. etc., included in the construction agreement are based on current prices and subject to price increases.

## STIPULATIONS

**DEED RESTRICTIONS:** If the house and pool package is to be constructed on a lot in an area in which deed restrictions are in place, it will be the Owner(s) ultimate responsibility to insure said restrictions are met. Any costs associated with these restrictions and not included in the contract amount will be billed to the Owner(s).

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

**PERFORMANCE BY CONTRACTOR.** The "Work" which Contractor agrees to perform under this Agreement is hereby defined to include all of the necessary labor, services, equipment, tools, machinery, materials, temporary utilities (if permanent utilities do not exist), and any and all other services necessary or required for the construction of the improvements (the "Work"), all in accordance with the Final Plans and the Specifications specified herein (the "Scope of Work"). Contractor shall ensure the Work complies with the Final Plans all building codes and governmental requirements, including setbacks. In the event the Work does not comply with any requirements or restrictions described herein, including the Final Plans, all liabilities, costs, expenses, or modifications resulting therefrom shall be at the sole cost, expense and liability of Contractor. In the event Contractor discovers that the Work violates any building code, Contractor will promptly notify Owner of the same. Contractor will perform the Work in accordance with the Contract Documents and in compliance with all local, state, and federal laws, ordinances, statutes, ASTM standards (where applicable) and building codes and regulations which are in effect on the date this Agreement is executed. Contractor shall supervise and direct the Work using its good faith skill and attention. Contractor shall comply with all manufacturer specifications and preserve all manufacturer warranties. Contractor will at all times maintain good discipline and order at the property. With respect to the performance of the Work and Contractor's obligations set forth herein, Contractor agrees to, and hereby does, assume full responsibility for any and all acts, negligence or omissions of Contractor's employees, laborers, agents, materialmen, and subcontractors and any and all employees and agents of the aforementioned, and any and all other persons performing the Work under an oral or written order or contract with Contractor.

**PARTIAL PROGRESS PAYMENTS:** Owner agrees to make immediate payment of Binder Deposit at signing of this Construction Agreement. After Signing Construction Agreement and delivering the Binder Deposit to the Contractor, Owner shall make payments to Contractor within ten (10) calendar days of its receipt of the Contractor's written request for payment pursuant to the payment schedule set forth in this Agreement (the "Payment Request").

Each Payment Request shall be accompanied by (i) a Waiver and Release of Lien Upon Progress Payment in the form set forth in Section 713.20, Florida Statutes, and duly executed by Contractor for that portion of the Work covered by the Payment Request, (ii) a Waiver and Release of Lien Upon Progress Payment in the form set forth in Section 713.20, Florida Statutes, and duly executed by all subcontractors, sub-subcontractors and suppliers furnishing a Notice to Owner pursuant to Section 713.06, Florida Statutes, (iii) a certification that the Work for which payment is requested has been substantially completed in accordance with the Contract Documents, and (iv) such other documentation as may be reasonably requested by Owner.

**FINAL PAYMENT:** Owner will promptly make the final payment, (ie: #9 - 1% - $ 8,150.00 - Due when C.O. is issued), to Contractor upon the occurrence of all of the following: (i) Contractor's written notice and certification that the Work is substantially complete in accordance with the Contract Documents, (ii) a certificate of occupancy has been applied for and issued (iii) Contractor's delivery of a final Payment Request, and (iv) Owner's acceptance of the Work under the Contract Documents. Note: Punch List may still be in progress.

Contractor's final Payment Request shall be accompanied by (i) a duly executed and notarized Waiver and Release of Lien Upon Final Payment from Contractor, (ii) Waivers and Releases of Lien Upon Final Payment duly executed and notarized by all subcontractors, sub-subcontractors and suppliers furnishing Notice of Owner pursuant to Section 713.06, Florida Statutes, (iii) a Contractor Final Payment Affidavit pursuant to Section 713.06, Florida Statutes, stating that all subcontractors and suppliers have been paid or showing those unpaid and the amounts thereof, and (iii) such other documentation as may be reasonably requested by Owner.

**PUNCH LIST:** Owner(s) or a representative selected by Owner(s) will inspect the Work within ten (10) days after the Owner(s) receives notice from Contractor of Substantial Completion (as defined herein), of the Work. Owner(s) will furnish Contractor with a detailed listing (the "punch list") of each and every item that must be completed, repaired or replaced in order for the Work to be fully completed and final completion to occur. As to any items on the list prepared by the Owner (s) that are, in good faith judgment of the both parties, Owner(s) and Contractor, truly deficiencies in workmanship and/or materials by the standards of construction relevant in Collier County, Florida, the Contractor shall use their best efforts to complete the items set forth on the punch list within thirty (30) days after the Parties sign the punch list. Notwithstanding any defects covered by the warranty, the Contractor has no obligation to make any repairs that are not included on the Owner(s) signed punch list. The Owner(s) and Contractor will both sign the punch list.

**MATERIALS:** The Contractor and /or his sub-contractors shall furnish all materials necessary to complete the construction. All materials used shall be of generally accepted construction grade and shall meet or exceed all applicable building codes. Contractor reserves the right to substitute comparable materials to those specified in this agreement or used in a model should such items become discontinued, not readily available, or in the Contractors judgment, deemed necessary.

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

Page 5

**SUB-CONTRACTORS:** The Contractor shall be solely responsible for the selection of all sub-contractors used. The sub-contractor and his employees are the agents of the Contractor and will not accept change orders or direction from the Owner(s). All change orders and/or corrections desired by the Owner(s) must be directed to the Contractors attention. Due to licensing, insurance, and Contractor liability, Owner(s) shall not deal directly with sub-contractors hired by the Contractor nor shall the Owner(s) order additional work such as swimming pool, alarm system, landscaping, etc., not authorized by or under the control of the Contractor until after the issuance of the Certificate of Occupancy and final payment has been made to the Contractor.

**CHANGE ORDERS:** All changes and/or extras and upgrades requested by the Owner(s) are subject to the approval of the Contractor, must be agreed to in writing by both parties, and extra charges, if any, are payable in advance upon request by the Contractor. If a change or addition has been requested, agreed to by the Contractor, and paid for by the Owner(s) and for any reason is not or cannot be completed by the Contractor, the Owner(s) only remedy shall be a refund of the amount charged to the Owner(s). Permit fees and insurance costs are based on contract amount, therefore items included in the contract amount and later voluntarily removed or cancelled by Owner and not replaced are subject to a cancellation fee of 5% of the total cost of the item removed or cancelled. In addition, a fifty-dollar ($50.00) administration charge will be applied to requested changes after the work order or purchase order has been sent. Costs incurred by Contractor to correct defective or non-conforming Work and warranty work, including any penalties or fees related to the failure to obtain any required permits, shall not be deemed a Change Order pursuant to this paragraph. Contractor shall not make any changes to the Contract Documents except as agreed to in writing by Owner.

**ALLOWANCES:** Due to the custom design of this home and specific requirements and/or taste of the Owner(s) the Contractor has made many Dollar Amount Allowances for different items in this contract. These Allowances allow the Owner(s) to make their own personal choice of any Allowance item and pay any amount that the Owner(s) choose to pay for these items. The Contractor agrees to pay or reimburse the Owner(s) up to the amount of the Allowance for any allowance item. If the Owner(s) choose to pay more than the Allowance allocated. The Contractor will not be responsible for the overage. If the Contractor pays any overage (over allowance) amount after written request by Owner, the Contractor shall be paid by the Owner(s) the overage amount plus (15%) fifteen percent to cover overhead and profit. No allowance purchases will be made without the specific, written authorization of the Owner. If the actual costs incurred by the Contractor are less than the allowance amount, the Owner will receive a credit towards other options for the difference. Any Contractor discounted pricing or rebates shall be passed through or refunded to Owner as they occur.

**WARRANTY:** The Contractor shall warrant the workmanship and materials used in the construction, with the exceptions noted, for a period of twelve months beginning from the date of issuance of the Certificate of Occupancy by Collier County, Florida. Manufacturer's warranties which may exceed the twelve-month period, shall be automatically assigned to the Owner(s). Some unevenness on the roof, especially when standard three-tab shingles are used, may be noticeable due to a variety of reasons and is not covered by warranty. Dimensional shingles in most cases will hide these imperfections. Minor cracking due to settling or other natural causes, in concrete slabs, concrete block walls, stucco, drywall, roof tile, floor tile, including pool tile and deck and lanai topping material, etc., may occur and is not warranted by the Contractor. Color fading of paint, flooring, etc.., is not warranted by the Contractor but may under certain circumstances be covered by the manufacturer. Owner(s) are responsible for maintaining the sod, trees, landscaping, and pool after installation. Contractor accepts no liability for the loss of sod, trees, and landscaping due to the lack of proper watering and any other condition beyond his control. Contractor grants no warranties as to the soil conditions on which the building is to be constructed. If, by separate agreement between the Contractor and the Owner(s), materials and labor of any type are to be furnished by the Owner(s), or suppliers or subcontractor's selected by the Owner(s), the Contractor shall under no circumstance warrant said materials or labor, and also accepts no responsibility for damage of any type, or theft of said materials including damage or theft that might be covered under insurance policies carried by the Contractor and therefore, the Owner(s) excepts full responsibility for the repair or the replacement of said materials including installation labor.

**INSURANCE:** The Contractor shall carry at his expense general liability in an amount not less than $1,000,000.00 General Aggregate, workman compensation, and builder's risk insurance in an amount not less than the Contract, during the construction period, which policies shall name Owner as a Certificate of Insurance holder. Homeowners Insurance shall be purchased by the Owners and proof of insurance coverage provided to the Contractor and Lender (if applicable), effective the day of the Certificate of Occupancy. Flood insurance, if required, is not included and shall be furnished by the Owner(s) at the slab stage of construction.

**LIEN LAWS:** Upon completion of the construction and prior to final payment, and upon request, Contractor shall provide Owner(s) or his agent with a duly executed "Waiver of Lien" pursuant to the "Florida Mechanic's Lien Law". Owner(s) verifies by execution of this agreement they have received from the Contractor a copy of the document "Warning to Property Owners" concerning said lien law and have read and understand the same.

**ENVIRONMENTAL ISSUES:** Endangered species and wetland issues can add delays and extra cost to building a home. It is the Owner(s) ultimate responsibility to ensure the building site is not affected by such issues. Any costs associated with these issues or price increases during delays because of these issues will be billed to the Owner(s).

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

**RADON NOTIFICATION:** "Notification of the possible existence of radon" Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

**VOCs, OFF GASSING and IAQ:** As defined by Environmental Protection Agency (EPA), volatile organic compounds (VOCs) are "compounds that vaporize (become a gas) at room temperature." This process is referred to as "off-gassing," The biggest VOC offenders are adhesives and sealants, paints and coatings, carpet systems, composite wood and laminate adhesives, and many other construction materials. These materials may not only emit odors (pleasant or unpleasant) during installation, but they may continue to off-gas throughout the life of the material. The EPA's warns of potential harmful effects from VOCs, including, "eye, nose, and throat irritations; headaches; dizziness; visual disorders; [and] memory impairment." Although the long-term effects of VOCs in buildings are unknown, some VOCs (such as formaldehyde) are known to cause cancer in humans. VOCs may affect Indoor Air Quality (IAQ) some materials may give off gases, some of which are toxic. Implicated in a variety of ailments, some people are more sensitive than others to these gases. Because these components are beyond the control of the contractor, the parties (Owner(s) and Contractor), agree to hold each other harmless the contractor in all matters concerning VOCs, OFF GASSING, and IAQ.

**NOTICE AND RIGHT TO CURE NOTIFICATION:** The Owner(s) and the Contractor agree to abide by Florida Statues concerning any defects in construction of this home. Therefore, the Owner(s) and the Contractor agree that **"ANY CLAIMS FOR CONSTRUCTION DEFECTS ARE SUBJECT TO THE NOTICE AND CURE PROVISIONS OF CHAPTER 558, FLORIDA STATUTES." §558.005(6), Fla. Stat. (2012).** Florida law contains important requirements you must follow before you may file a lawsuit against a contractor, sub-contractor, supplier, or design professional for an alleged construction defect in your home. There are strict deadlines and procedures under Florida law, and failure to follow them may affect your ability to file a lawsuit."

**TIME:** Contractor shall begin the building process upon execution of this Agreement by Owner and Contractor and receipt of the binder deposit (subject to all contingencies, if any), and diligently pursue said work until completion, but will not be responsible for delays due to permitting, abnormal adverse weather conditions (which could include excessive or unusual seasonal rain and thunderstorms), material unavailability, labor availability, change orders, pandemics (like: Covid-19), war or international turmoil, transportation issues, or other circumstances beyond Contractor's reasonable control ("Force Majeure Events"). Owner(s) shall ensure that all payments outlined in the payment schedule of this agreement are made promptly to the Contractor when due, subject to the terms of this Agreement. Contractor shall achieve Substantial Completion of the Work no later than 548 days from the date the first permit is issued for the Work. (Note: The Demolition permit is excluded from the 548 days mentioned in this paragraph). The term "Substantial Completion" shall mean the date on which (i) the Work is sufficiently complete so that the Owner may occupy the home, and (ii) that the Contractor has applied for a certificate of occupancy. If Contractor fails to achieve Substantial Completion in accordance with the time frame set forth above, subject to the Force Majeure Events, Contractor shall pay delay, liquidated damages to Owner in the amount of $ 50.00 per calendar day until the Work reaches Substantial Completion. Both parties acknowledge that it will be difficult or impossible to ascertain the precise amount of delay damages which the Owner may suffer. Accordingly, Owner and Contractor agree that the amount set forth in this paragraph represents a fair and reasonable estimate thereof and constitutes liquidated damages and not a penalty. Contractor shall notify the Owner(s) within 15 days of the end of any delay as mentioned in this paragraph.

**POSSESSION:** Contractor shall retain possession of the building under construction until completion, acceptance by Owner(s), and final payment has been made. Owner(s) and his guest may visit the site during construction but do so at their own risk. If during a visit, Owner (s) discovers a change order, option, extra, or upgrade has been overlooked or in the Owner (s) opinion, workmanship and/or materials in a specific area are sub-standard, the Contractor must be notified. Sub-Contractors and materialmen are not required to work directly with the Owner (s) on these matters.

**ESCROW DEPOSIT NOTICE:** Florida Statutes requires builders who sell more than 10 residential dwelling units a year to include a notice advising the buyer of a one-family or two-family residential dwelling unit has the right to have all deposit funds, up to 10 percent of the purchase price, deposited in an escrow account. This right may be waived, in writing, by the buyer.

**CONFORMANCE; (A) CONSTRUCTION:** The building shall be constructed to conform substantially with the final plans and specifications. The Owner (s) acknowledges that in the course of construction of the building, certain changes, deviations, or omissions may be necessary due to the requirements of governmental authorities having jurisdiction of the property, suggestions and/or design changes made by the Owner (s), sub-contractors, or materialmen, or particular conditions of the job.
(B) **DIMENSIONS:** The Owner (s) acknowledges that in the course of construction of the building and the improvements on the land, certain changes, deviations of conditions may result in a variation of the dimensions of the house. The Owner (s) acknowledges and agrees that he has not relied upon the accuracy of any representations made by the Contractor with respect to the room dimensions and square footage of the house.

**GARBAGE FEES:** Garbage and trash collection fees in some areas are added to the real estate tax bills of improved properties. Prior to the issuance of the Certificate of Occupancy and the release given to the power company to turn on the electric service, the County or City having jurisdiction over the area in which the structure is being built, may require that a prorated garbage fee be collected. Owner(s) hereby authorize Contractor to pay this fee on behalf of the Owner(s) and agree to reimburse the Contractor that amount upon request.

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

**INDEMNIFICATION; RISK OF LOSS:** To the fullest extent permitted by law, Contractor shall indemnify, defend and hold Owner harmless from and against any and all claims, demands, damages, losses, lawsuits and other proceedings, judgments, causes of action, liabilities, claims of lien, liens, civil or criminal penalties and charges, costs and expenses (including, without limitation, reasonable attorneys' fees) including, but not limited to, bodily injuries or death, property damage, or claims for payment (collectively, "Claims") to the extent such Claims result from any breach or default under this Agreement or any willful or negligent act, omission or error of Contractor, its agents, officers, employees, independent contractors, subcontractors, sub-subcontractors, or anyone engaged or employed by Contractor or their agents, officers, or employees, in connection with the performance of any scope provided under this Agreement. Risk of loss to the subject property by fire, natural disaster or other casualty until the date of the Substantial Completion is assumed by Contractor. To the fullest extent permitted by law, the Owner shall indemnify and hold the Contractor harmless from any and all claims, demands, damages, losses, lawsuits, and other proceedings, judgments, causes of action, liabilities, claims of lien, liens, civil or criminal penalties and charges, costs, and expenses (including without limitation, reasonable attorney's fees) including, but not limited to bodily injuries or death, property damage, or claims for payment (collectively, "Claims") to the extent such Claims result from any breach or default under this agreement or any willful or negligent act, omission or error by the Owner or the Owner's representatives in connection with the performance of this Construction Agreement.

**DEFUALT AND TERMINATION:** Owner may terminate this Agreement if the Contractor:

 a. repeatedly fails to supply enough skilled workers or proper materials, without reasonable just cause as outlined in the "Time Clause" above.
 b. fails to make payment to subcontractors for materials or labor in accordance with the respective agreements between the Contractor and the subcontractors, without reasonable just cause.
 c. willfully disregards applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of a public authority.
 d. does not diligently perform, or otherwise defaults under, its obligations under the Contract Documents, after written notice ("Default Notice") of such alleged default describing the alleged default, which Default Notice shall allow fifteen (15) days to cure such default, or if cure is not possible in fifteen (15) days, Contractor shall show cause why more time is needed to cure such default.

If the Contractor willfully defaults or does not have a reasonable cause for a, b, c, and d above, the Owner(s) may, without prejudice or waiver to any other rights, remedies, or damages of the Owner(s), terminate this Agreement and exclude the Contractor from the site, accept assignment of subcontracts, and finish the Work by whatever reasonable method the Owner(s) may deem expedient. Upon written request of the Contractor, the Owner(s) shall furnish to the Contractor a detailed accounting of the costs incurred by the Owner(s) in finishing the Work. Owner(s) shall have no further obligations or duties to Contractor under this Agreement upon termination, including payment of any outstanding amounts due to Contractor.

**LIEN LAW CHANGES NECESSITATE DISCLOSURE IN WRITTEN CONTRACTS:** Chapter 2003-177, effective October 1, 2003 Section 1 of the law creates a new section (713.015) setting forth a new "mandatory" provision in any direct contract between owner and a contractor for improvements to real property for single or multiple family dwellings up to and including four (4) units. The following provision must be in 18-point type, capitalized and boldfaced, as follows:

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001 – 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

**NOTICE OF CONSUMER RIGHTS:** The " Home Buyer's Protection Act " of 1995 requires contractors to give residential consumers written notice of the existence of the Construction Industries Recovery Fund (CIRF) in the form of the " Notice of Consumers Rights Under the Construction Industries Recovery Fund." Pursuant to CS/HB 793, Ch. 96-298, per section 489.1425, of Florida Statutes, the following paragraph is to be incorporated into the contract:

" Payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida Law by a state-licensed contractor. For information about the Recovery Fund and filing a claim, contact the Florida Construction Licensing Board at: 1940 North Monroe Street, Northwood Center, Tallahassee, FL 32399 or call 850-487-1395. "

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

# **RECOVERY FUND**

PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR.
FOR INFORMATION ABOUT THE RECOVERY FUND AND
FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

**Department of Business and Professional Regulation**
**Division of Professions**
**Construction Industry Licensing Board**
**1940 North Monroe Street**
**Tallahassee, FL 32399-1039**
**Phone: 850-487-1395**

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

**DISCLAIMERS:** The Contract Documents constitute the entire agreement between the Contractor and the Owner(s) and may not be modified except by an instrument in writing and signed by both parties. If any provision of this Agreement, or the application thereof, is held by a court of competent jurisdiction to be unenforceable, void or invalid, then such holding shall be limited to its most narrow application and shall not affect the remaining provisions of this Agreement, which shall remain valid and in full force and effect. This Construction Agreement shall be binding upon each of the parties' respective heirs, executors, administrators, and successors. This Construction Agreement contains all the representations, warranties, and promises of the Contractor. No agent or representative of the Contractor is authorized to make any representation or promise on behalf of the Contractor other than those contained herein. No waiver by either party of any failure or refusal to comply with the obligation of any other party hereunder shall be deemed a waiver of any other or subsequent failure or refusal to so comply. Owner(s) certify that they are the legal owner of the subject property, have the legal capacity to authorize said work. The prevailing party in any dispute which may arise between the Contractor and Owner concerning the Agreement or the Work will be entitled to recover its reasonable attorney's fees and court costs from the non-prevailing party regardless of whether an action is filed, or the dispute is resolved prior to an action being filed, including all attorney's fees and court costs associated with any appeal. This Agreement will be construed, interpreted, and applied according to the law of the State of Florida.

**NOTICE:** Unless otherwise set forth herein, any notice to be given or served upon any party hereto in connection with this Agreement must be in writing, and shall be (a) delivered by hand, (b) send by Federal Express, Express Mail or other overnight courier service, sent to the address on the first page hereof or such other address for notice as the parties shall last have furnished in writing to the person giving the notice or (c) sent by facsimile or e-mail transmission with a copy delivered pursuant to (a) or (b) above. Any such notice or demand shall be deemed to have been duly given or made and to have become effective (i) if delivered by hand to a responsible officer of the party to which it is directed, at the time of the receipt thereof by such officer, (ii) if sent by facsimile or e-mail transmission as of the date and time of transmission, and (iii) if sent by Federal Express, Express Mail or other reputable overnight courier service, upon the earlier of the date of receipt or one (1) business day after posting thereof. If a notice is mailed in the manner provided above, it is duly given, whether or not the addressee received it.

**SIGNATURES:** We, the undersigned, have read and understand and agree to each of the provisions of this Construction Agreement and hereby acknowledge receipt of a copy thereof. Furthermore, we, the Owner(s) A.K.A. Buyer(s) hereby acknowledge by my/our signature(s) below I/we waive our right to have deposits paid to the Contractor placed in an escrow account.

THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT.
IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF AN ATTORNEY PRIOR TO SIGNING.
NO PARTY TO A WRITTEN CONTRACT IN FLORIDA CAN DEFEND AGAINST ITS ENFORCEMENT ON THE SOLE GROUND THAT HE SIGNED IT WITHOUT READING IT.

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

Page 11

**CONTRACTOR:**
American Dream Builders of Southwest Florida, Inc.

X _____
David D. Allgood

DATE: 3/17/2022

State of Florida
County of Lee
The foregoing instrument was acknowledged before me this 17th day of March, 2022 by David Allgood who is personally known to me or who has produced Drivers License as identification and who did / did not take an oath.

Signature of Notary _____

Notary's Printed Name: Debra M. Mooneyham

Commission Number: HH 022679

DEBRA M. MOONEYHAM
Notary Public - State of Florida
Commission # HH 022679
My Comm. Expires Aug 28, 2024

**OWNER(s):**
George Yiachos

X _____
George Yiachos

DATE: 3/21/22

SEBASTIAN GASTELL HERNANDEZ
Notary Public - State of Florida
Commission # HH 215890
My Comm. Expires Jan 12, 2026

State of Florida
County of _____
The foregoing instrument was acknowledged before me this 21 day of March, 2022 by George Yiachos who is personally known to me or who has produced FL DL Y200300671080 as identification and who did / did not take an oath.

Signature of Notary _____

Notary's Printed Name: Sebastian Gastell Hernandez

Commission Number: Jan 12, 2026

Areta Elizabeth Brattis

X _____
Areta Elizabeth Brattis

DATE: 3/21/22

SEBASTIAN GASTELL HERNANDEZ
Notary Public - State of Florida
Commission # HH 215890
My Comm. Expires Jan 12, 202_

State of Florida
County of _____
The foregoing instrument was acknowledged before me this 21 day of March, 2022 by Areta E Brattis who is personally known to me or who has produced FL DL B632 005 698050 as identification and who did / did not take an oath.

Signature of Notary _____

Notary's Printed Name: Sebastian Gastell Hernandez

Commission Number: Jan 12, 2026

Certified General, Roofing, Mechanical, Pollutant Storage Contractors, and Home Inspector
License Numbers: CGC021667, CCC042797, CMC025357, PCC049604, and HI5963

Page 12